IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiffs, | ) | **8:04CV555** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ESTHER C. ELTING, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the motion of the defendant State of Nebraska, Department of Health and Human Services (HHS), for leave to file an answer to the amended complaint out of time (Filing No. 22). HHS seeks to file the answer to indicate there is no debt to the State, related to claims in the amended complaint, and the HHS disclaims any interest in the proceedings. Upon consideration,

**IT IS ORDERED:**

1. HHS' motion for leave to file an answer to the amended complaint out of time (Filing No. 22) is granted.

2. HSS shall have to **on or before June 24, 2005**, to file the answer.

DATED this 10th day of June, 2005.

> BY THE COURT:
>
>  s/Thomas D. Thalken
> United States Magistrate Judge